UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY PEARLMAN,<br><br>*Defendant* | Case No. 3:17-cr-00027 (MPS) |

**DEFENDANT JEFFREY PEARLMAN'S MOTION *IN LIMINE* TO PRECLUDE STATEMENTS MADE TO OFFICE OF UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK**

Defendant Jeffrey Pearlman herein moves *in limine*, pursuant to Federal Rules of Criminal Procedure 11(f) and 12(b), and Federal Rule of Evidence 410, for an order precluding the Government from introducing evidence or arguments relating to any statements made by Mr. Pearlman during proffer sessions with the Office of the United States Attorney for the Southern District of New York.

Any statements that Mr. Pearlman may have made in the proffers with Office of the United States Attorney for the Southern District of New York should be inadmissible at trial in this case as both Federal Rule of Evidence 410 and Federal Rule of Criminal Procedure 11(f) specifically bar the admission of plea negotiations (which courts have consistently held to include proffer statements),

absent a definitive waiver. No such waiver is present here. The proffer agreement signed by Mr. Pearlman with the United States Attorney's Office in the Southern District of New York only allows such statements to be used in that particular district. Without such a waiver, Rules 410 and 11(f) preclude the United States Attorney's Office for the District of Connecticut from using Mr. Pearlman's SDNY statements in his upcoming trial in this District.

In support of this motion, Mr. Pearlman relies on the arguments advanced in his response to the Government's Trial Memo Regarding the Introduction of Proffer Statements, filed at Docket Entry Number 114 in this case and incorporates those arguments herein.

Dated:   January 10, 2018         **KATTEN MUCHIN ROSENMAN LLP**

                                             By:   */s/ Scott A. Resnik*
                                                    Scott A. Resnik
                                                    Michael M. Rosensaft
                                                    575 Madison Avenue
                                                    New York, New York 10022-2585
                                                    (212) 940-8800 (phone)
                                                    (212) 940-8776 (fax)

## CERTIFICATION

I hereby certify that on January 10, 2018 a copy of the foregoing was filed electronically and will be served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Scott A. Resnik*
Scott A. Resnik