# UNITED STATES DISTRICT COURT
## District of Connecticut

### JUDGMENT IN A CRIMINAL CASE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 3:17-cr-00027-JBA-1 |
| | USM No.: 25068-014 |
| V. | |
| | Douglas P. Morabito, Assistant U.S. Attorney |
| JEFFREY PEARLMAN | |
| | Michael M. Rosensaft, Scott A. Resnik |
| | Defendant's Attorneys |

The defendant pled guilty to Count 1 of the Indictment.

Accordingly, the defendant is adjudicated guilty of the following offense:

| **Title & Section** | **Nature of Offense** | **Offense Concluded** | **Count** |
|---|---|---|---|
| Title 18, United States Code, §371 | Conspiracy to Violate the Anti-Kickback Law | November 2015 | 1 |

The following sentence is a departure from the U.S. Sentencing Guidelines and is imposed pursuant to the Sentencing Reform Act of 1984.

**PROBATION**
The defendant is sentenced to probation for a term of 3 years.

Supervision shall transfer to the District of New Jersey where the defendant is a bona fide resident.

The Mandatory and Standard Conditions of Probation as attached are imposed. In addition, the following Special Conditions are imposed:

1. The defendant shall participate in a mental health treatment program as recommended by the Probation Office. The defendant must follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise the defendant's participation in the program. The defendant must pay all or a portion of costs associated with treatment based on his ability to pay as recommended by the probation.

2. The defendant shall participate in a substance abuse treatment program as recommended by the Probation Office. The defendant must follow the rules and regulations of that program. The probation officer will supervise the defendant's participation in the program. The defendant must pay all or a portion of costs associated with treatment based on his ability to pay as recommended by the probation officer.

3. The defendant shall provide 200 hours of documented community service during his term of probation other than his current charitable acts and shall be approved by the Probation Office.

4. The defendant shall be permitted to keep his passport while on probation. The Probation Office is in possession of Defendant's passport and shall return it to him.

**CRIMINAL MONETARY PENALTIES**

The defendant must pay the total criminal monetary penalties under the schedule of payments as follows:

| | |
|---|---|
| **Special Assessment:** | $100.00 to be paid to the Clerk of the Court immediately |
| **Fine:** | Waived |
| **Restitution:** | $1,609,041.00 satisfied.  Separately ordered and paid in related cases, including US. Kapoor et al., 1:16-cr-10343 (D. Mass). |

It is further ordered that the defendant will notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are paid.

The following Counts have been dismissed:  NA

**JUDICIAL RECOMMENDATION TO THE BUREAU OF PRISONS - NA**

Date of Imposition of Sentence:  December 2, 2020

___/S/_____
Janet Bond Arterton, United States District Judge

Date: December 30, 2020

**CONDITIONS OF PROBATION**

**In addition to the Standard Conditions listed below, the following indicated (■) Mandatory Conditions are imposed:**

**MANDATORY CONDITIONS**

(1) You shall not commit another federal, state or local crime.

(2) You shall not unlawfully possess a controlled substance.

(3) You shall refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

   ■ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

(4) ■ You must make restitution in accordance with 18 U.S.C.§§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

(5) ■ You must cooperate in the collection of DNA as directed by the Bureau of Prisons or probation officer. *(check if applicable)*

(6) ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

(7) ☐ You must participate in an approved program for domestic violence. *(check if applicable)*


**STANDARD CONDITIONS**

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.


(1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
(2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
(3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
(4) You must answer truthfully the questions asked by your probation officer.
(5) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

(6) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
(7) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so.  If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
(8) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
(9) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
(10) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
(11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
(12) If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
(13) You must follow the instructions of the probation officer related to the conditions of supervision.

Upon a finding of a violation of probation, I understand that the court may (1) revoke supervision <u>and impose a term of imprisonment</u>, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____      _____
                      Defendant                                                                  Date

_____      _____
U.S. Probation Officer/Designated Witness                       Date

**I Hereby certify that the foregoing is a true copy of the original document on file.**

Date: December ____, 2020          Roberta. D. Tabora, Clerk

                                          By: _____
                                                 Donna Barry, Deputy Clerk

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a _____, with a certified copy of this judgment.

                                                                                            Lawrence Bobnick
                                                                   Acting United States Marshal

                                         By      _____
                                                                        Deputy Marshal